1  Glenn Zuckerman
2  **WEITZ & LUXENBERG, PC**
   700 Broadway
3  New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | This Document Relates to:                         )
   |                                                   )
13 | *Dean Fowler v. Pfizer Inc, et al.*               ) **MDL NO. 1699**
   | (07-3286 CRB)                                     ) **District Judge: Charles R. Breyer**
14 |                                                   )
   | *Orlando Archunde v. Pfizer Inc, et al.*          )
15 | (07-3337 CRB)                                     )
   |                                                   )
16 | *Carroll Stith, et al. v. Pfizer Inc, et al.*     ) **STIPULATION AND ORDER OF**
   | (07-3338 CRB)                                     ) **DISMISSAL WITH PREJUDICE**
17 |                                                   )
   | *Jessie Johnston v. Pfizer Inc, et al.*           )
18 | (07-3548 CRB)                                     )
   |                                                   )
19 | *Verna Weese, et al. v. Pfizer Inc, et al.*       )
   | (07-3910 CRB)                                     )
20 |                                                   )
   | *Renee Klepps, et al. v. Pfizer Inc, et al.*      )
21 | (07-4153 CRB)                                     )
   |                                                   )
22 | *Karen James v. Pfizer Inc, et al.*               )
   | (07-4740 CRB)                                     )
23 |                                                   )
   | *Patricia D. Smith, et al. v. Pfizer Inc, et al.* )
24 | (07-4741 CRB)                                     )
   |                                                   )
25 | *Emma-Ling Francis v. Pfizer Inc, et al.*         )
   | (07-4742 CRB)                                     )
26 |                                                   )
   | *Homer Swift, et al. v. Pfizer Inc, et al.*       )
27 | (07-4743 CRB)                                     )
   |                                                   )
28 | *Louise Kreft, et al. v. Pfizer Inc, et al.*      )

-1-

| | |
|---|---|
| 1 | (07-4744 CRB) )
| | )
| 2 | *Joseph Fernald v. Pfizer Inc, et al.* )
| | (07-4745 CRB) )
| 3 | )
| | *Scott Cruver v. Pfizer Inc, et al.* )
| 4 | (07-5000 CRB) )
| | )
| 5 | *Nancy Cattanach v. Pfizer Inc, et al.* )
| | (07-5001 CRB) )
| 6 | )
| | *Sarah Fredricks, et al. v. Pfizer Inc, et al.* )
| 7 | (07-5002 CRB) )
| | )
| 8 | *Georgia McNeal v. Pfizer Inc, et al.* )
| | (08-4024 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009   By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42585061.1

| | |
|---|---|
| 1 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.** |
| 2 | |
| 3 | Dated: NOV 1 3 2009 |
| 4 | Hon. Charles R. Breyer<br>United States District Court |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EASTW2585061.1